The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAKE E. COLLINS, JR.,<br><br>                Plaintiff,<br><br>    v.<br><br>CHASE LOAN SERVICING; SELECT PORTFOLIO SERVICING INC.,<br><br>                Defendants. | No. 2:22-cv-01073-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT JPMORGAN CHASE BANK, N.A WITHOUT PREJUDICE** |

Defendant JPMorgan Chase Bank, N.A. (Chase) has not answered Plaintiff Jake E. Collins, Jr.'s Complaint. Plaintiff Collins and Chase stipulated and jointly moved, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), that all claims and demands asserted by Plaintiff Collins against Chase in this action shall be dismissed without prejudice, each party to bear his or its own costs and attorney's fees/costs.

It appears to the Court that the terms of the stipulation and joint motion appear proper, and upon good cause showing, IT IS HEREBY ORDERED that pursuant to the Parties' stipulated motion, all claims and demands asserted by Plaintiff Collins against Chase in this action shall be and hereby are dismissed without prejudice and each party to bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

ORDER TO DISMISS CHASE - 1
4890-0766-4939v.14 0036234-000987

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

DATED this 28th day of November, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS CHASE - 2
4890-0766-4939v.14 0036234-000987

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 · Fax: (206) 757-7700